ORDERED.

Dated: February 26, 2016

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

RONALD PILLAY,                               Case No. 6:14-bk-10901-CCJ

    Debtor.
_____/
Connection Wise, LLC,

    Plaintiff,                               Adv Prod. No. 6:15-ap-00060-CCJ

vs.

Ronald Pillay,

    Defendant.
_____/

**ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL
FOR PLAINTIFF, CONNECTION WISE, LLC**

**THIS CAUSE** having come before the Court on the Joint Motion for Substitution of Counsel for Plaintiff, Connection Wise, LLC (Doc No. 20) (the "Joint Motion"). Having reviewed the Joint Motion and being more fully advised in the premises, it is:

**ORDERED:**

1.    The Joint Motion is **GRANTED**.

26742402 v1

2

2. All future pleadings and correspondence regarding the above-captioned case should be directed to Michael A. Nardella, Esq. of the law firm Nardella & Nardella, PLLC, 250 E. Colonial Drive, Suite 102, Orlando, Florida 32801. Jonathan M. Sykes, and Christopher Thompson, and Burr & Forman LLP are relieved of all further responsibility in this matter.

Michael A. Nardella, Attorney for Plaintiff, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of this Order.