UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

RONALD PILLAY,  Case No.: 6:14-bk-10901-CCJ

    Debtor,
_____/

CONNECTION WISE, LLC,

    Plaintiff,

v.  Adv. Pro. No.: 6:15-ap-00060-CCJ

RONALD PILLAY,

    Defendant.
_____/

## **DEFENDANT'S OBJECTION TO PLAINTIFF'S DEPOSITION DESIGNATIONS**

Ronald Pillay, the Debtor in this case ("Pillay"), objects to the Plaintiff's Deposition Designations (Doc. 27) as follows:

1. Connection Wse, LLC ("Plaintiff") proposes to offer in evidence, at the trial scheduled for March 31, 2016, excerpts from a deposition of a party in a state court case.

2. Use of depositions taken in an earlier action is governed by F. R. B. P. 7032, incorporating Rule 32(a)(8), F.R.Civ.P. Use is permitted where the two actions involve the same parties and the same subject matter. Since the subject matter is the dischargeability of a debt which arose only when Defendant filed his Chapter 7 case, the subject matter of the two actions is not the same and the deposition excerpts should not be admitted.

Wherefore, Defendant objects to Plaintiff's deposition designations.

>*/s/ Peter N. Hill*
>**Peter N. Hill**
>Florida Bar No. 368814
>**Herron Hill Law Group, PLLC**
>1851 W. Colonial Dr., Suite 100
>Orlando, Florida  32804
>Telephone:  (407) 648-0058
>Primary e-mail:     peter@herronhilllaw.com
>Secondary e-mail:  kimberly@herronhilllaw.com
>                                    caitlin@herronhilllaw.com

Attorneys for the Debtor

### CERTIFICATE OF SERVICE

    I hereby certify that on March 16, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

>*/s/ Peter N. Hill*
>**Peter N. Hill**